IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:05CR149 |
| AARON M. OLIVO, | ) | **ORDER** |
| Defendant. | ) ) ) | |

    Before the court is defendant's Motion for Review of Detention Order [11]. A review of the court file indicates that the defendant is currently in state custody. The court will not consider the issue of detention until the defendant comes into federal custody. Therefore, the Motion for Review of Detention Order [11] is denied without hearing.

    IT IS SO ORDERED.

    DATED this 23rd day of May, 2005.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge