IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AARON M. OLIVO, )<br>)<br>Defendant. ) | 8:05CR149<br><br>**ORDER** |

    IT IS ORDERED that the following is set for hearing on **July 14, 2005** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress [19] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 13th day of June, 2005.

                                      BY THE COURT:

                                      s/ F.A. Gossett
                                      United States Magistrate Judge