IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Case No. 8:05CR149 |
| ) | |
| AARON OLIVO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Motion to File Objections to Judge Gossett's Report and Recommendation Out-Of-Time, filing 41. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's Motion to File Objections to Judge Gossett's Report and Recommendation Out-Of-Time shall be granted.

Dated this 25th day of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
The Honorable Joseph F. Bataillon
United States District Judge